EMPIRE CITY SAVINGS BANK, Respondent, v. ALICE McGREW, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No

opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents.